IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARLTON X. MATHEWS,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4365

Opinion filed December 16, 2016.

Amended Petition for Writ of Prohibition -- Original Jurisdiction.

Carlton X. Mathews, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

WOLF, B.L. THOMAS, and KELSEY, JJ., CONCUR.